IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOAN HUDSON**                                                                              **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 3:07-cv-553 HTW-LRA**

**UNIVERSITY OF MISSISSIPPI**
**MEDICAL CENTER**                                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE came before the Court on the *ore tenus* motion of the Plaintiff Joan Hudson for an Order dismissing all of her claims, with prejudice, against Defendant University of Mississippi Medical Center. This Court having considered this motion and finding both parties in agreement, finds that this motion is well taken and should be granted.

IT IS, THEREFORE ORDERED that the claims of Plaintiff Joan Hudson against Defendant University of Mississippi Medical Center are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED, this the 27th day of December, 2007.

                                                            s/ HENRY T. WINGATE
                                                            CHIEF UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

| /s/Louis H. Watson, Jr. | /s/John T. Kitchens |
|---|---|
| Louis H. Watson, Jr. (MSB #9053) | John T. Kitchens (MSB #4188) |
| Nick Norris, Esq. (MSB #101574) | Thomas E. Whitfield, Jr. (MSB #102482) |
| Louis H. Watson, Jr., P.A. | Forman Perry Watkins Krutz & Tardy LLP |
| 520 East Capitol Street | 200 South Lamar Street, Suite 100 |
| Jackson, Mississippi  39201 | Post Office Box 22608 |
| Attorneys for Plaintiff | Jackson, Mississippi  39225-2608 |
| | Attorneys for Defendant |